UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:11-00132 |
| v. | ) | |
| | ) | 18 U.S.C. § 1513(b)(1) |
| [1] HAWO OSMAN AHMED | ) | 18 U.S.C. § 1513(b)(2) |
| | ) | 18 U.S.C. § 1513(f) |
| [2] HAMDI AHMED MOHAMUD | ) | 18 U.S.C. § 1513(c) |
| | ) | 18 U.S.C. § 1591(d) |
| [3] IFRAH ABDI YASSIN | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about June 16, 2011, in the Middle District of Tennessee and elsewhere, the defendants, [1] HAWO OSMAN AHMED, [2] HAMDI AHMED MOHAMUD, AND [3] IFRAH ABDI YASSIN did combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly engage in, attempt to engage in, and threaten to engage in conduct which caused bodily injury to another person with intent to retaliate against a person for attendance of a witness or a party and for any testimony given at an official proceeding and for information relating to the commission or possible commission of a Federal Offense that is in the matter of United States v. Adan, 3:10-00260, in violation of Title 18, United States Code, Section 1513(b)(1) and (2).

All in violation of Title 18, United States Code, Section 1513(f) and 1513(c).

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2011, in the Middle District of Tennessee and elsewhere, the defendants, [1] HAWO OSMAN AHMED, [2] HAMDI AHMED MOHAMUD, AND [3] IFRAH ABDI YASSIN did knowingly engage in, attempt to engage in, and threaten to engage in conduct which caused bodily injury to another person with the intent to retaliate against a person for attendance of a witness and for any testimony given in an official proceeding, that is a proceeding before a judge or court of the United States or a Federal grand jury, in the matter of United States v. Adan, 3:10-00260.

In violation of Title 18, United States Code, Section 1513(b)(1)and 1513(c).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2011, in the Middle District of Tennessee and elsewhere, the defendants, [1] HAWO OSMAN AHMED, [2] HAMDI AHMED MOHAMUD, AND [3] IFRAH ABDI YASSIN did knowingly engage in conduct, attempt to engage in conduct, and threaten to engage in conduct which caused bodily injury to another person with the intent to retaliate against a person for information given by a person to a law enforcement officer relating to the commission or possible commission of a Federal offense, that is in the matter of United States v. Adan, 3:10-00260.

In violation of Title 18, United States Code, Section 1513(b)(2) and 1513(c).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2011, in the Middle District of Tennessee and elsewhere, the defendants, [1] HAWO OSMAN AHMED, [2] HAMDI AHMED MOHAMUD, AND [3] IFRAH ABDI YASSIN did combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to knowingly obstruct, attempt to obstruct, and in any way interfere with or prevent the enforcement of Title 18, United States Code, Section 1591.

In violation of Title 18, United States Code, Section 1594(c).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2011, in the Middle District of Tennessee and elsewhere, the defendants, [1] HAWO OSMAN AHMED, [2] HAMDI AHMED MOHAMUD, AND [3] IFRAH ABDI YASSIN obstructed and attempted to obstruct the enforcement of Title 18, United States Code, Section 1591.

All in violation of Title 18, United States Code, Section 1591(d).

A TRUE BILL

FOREPERSON

JERRY E. MARTIN
UNITED STATES ATTORNEY

VAN VINCENT
ASSISTANT UNITED STATES ATTORNEY

3