UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-cr-00132 |
| ) | Chief Judge Haynes/Judge Griffin |
| HAMDI AHMED MOHAMUD ) | |

### MOTION TO PROVIDE DEFENDANT WITH TRANSPORTATION TO HEARING

Defendant Hamdi Ahmed Mohamud hereby moves the Court for an Order under 18 U.S.C. § 4285 directing the United States Marshal to furnish her with transportation from Minneapolis, Minnesota, to Nashville, Tennessee, on or before July 1, 2013, to secure her presence at the evidentiary hearing on her Motion to Dismiss. Defendant further seeks subsistence expenses as provided by the statute. In support thereof, Defendant Mohamud would show the Court as follows:

Defendant Hamdi Mohamud's presence is required by the Court on July 1, 2013 in Nashville, Tennessee. Defendant Mohamud resides in Minneapolis, Minnesota. She is without sufficient funds to provide for her transportation to her July 1, 2013 evidentiary hearing in Nashville. The interests of justice call for the United States Marshal to furnish Defendant Mohamud with transportation to Nashville, Tennessee, as well as the subsistence expenses for which the statute provides.

*[Handwritten annotations: "ORDER", "This motion to GRANTED", signature, "USMJ", "6-18-13"]*